```
          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF HAWAII

MADELIENE HASKINS, JAMES        )   CIVIL NO. 09-00401 DAE-LEK
STEPHENS, DAVID PANGAN, JOEL    )
NAVASCA AND MIRA NAVASCA,       )
                                )
          Plaintiffs,           )
                                )
     vs.                        )
                                )
COUNTRYWIDE HOMES LOANS,        )
INC.; GATEWAY BANK; BANK OF     )
AMERICA; FREEMONT INVESTMENT    )
AND LOAN; AMERICA SERVICING     )
COMPANY; WELLS FARGO BANK,,     )
                                )
          Defendants.           )
_____ )
```

## FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED WITHOUT PREJUDICE

Plaintiffs Madeliene Haskins, James Stephens, David Pangan, Joel Navasca, and Mira Navasca's (collectively "Plaintiffs") filed the instant action on September 4, 2009. On March 2, 2010, Defendants Countrywide Home Loans, Inc. ("Countrywide") and Bank of America, N.A. ("BoA") filed a Motion for Judgment on the Pleadings, which Defendant Wells Fargo Bank ("Wells Fargo") joined on March 15, 2010. On July 16, 2010, the district judge issued an order granting Countrywide and BoA's Motion for Judgment on the Pleadings and the joinder. The district judge dismissed without prejudice Plaintiffs' Complaint against all defendants and gave Plaintiffs fifteen days to file an amended complaint. The district judge cautioned that failure

to timely file an amended complaint which cured the pleading deficiencies would result in the dismissal of the action with prejudice.

On July 23, 2010, Plaintiffs filed a Motion for Extension of Time to File Amended Complaint.  On August 25, 2010, this Court issued an order granting the motion in part and denying it in part ("Extension Order").  The Court ordered Plaintiffs to file their Amended Complaint by **September 14, 2010**.  The Extension Order cautioned Plaintiffs that the Court would not grant any further extensions and that the Court would recommend that the district judge dismiss the action if Plaintiffs did not timely file an amended complaint.  Plaintiffs have neither filed an amended complaint nor otherwise tried to advance their case.

Courts do not take failure to comply with court orders lightly.  Federal Rule of Civil Procedure 16(f)(1) provides, in pertinent part:

> On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney:
> . . . .
> (C) fails to obey a scheduling or other pretrial order.

Rule 37(b)(2)(A)(v) provides that the court may "dismiss[] the action or proceeding in whole or in part[.]"  Fed. R. Civ. P. 37(b)(2)(A)(v).

Plaintiffs have failed to obey the Extension Order.  After weighing the five dismissal factors set forth in <u>Bautista</u>

2

v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000),[1] the Court finds that the public interest in expeditious resolution of this litigation and the court's interest in managing the docket strongly outweigh the policy favoring disposition of cases on the merits.  Moreover, the defendants will not be prejudiced, and there are no less drastic alternatives available at this time.

In accordance with the foregoing, this Court RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE.

The parties are advised that any objection to this Finding and Recommendation is due seventeen calendar days after being served with a copy of this Findings and Recommendation. See Fed. R. Civ. P. 5(b)(2) & 6(d); Local Rule LR74.2.  If an objection is filed with the Court, it shall be captioned "Objections to Magistrate Judge's Findings and Recommendation." A copy of the objection shall be served on all parties.

IT IS SO FOUND AND RECOMMENDED.

---

[1] The Ninth Circuit has delineated five factors a district court must weigh in determining whether to dismiss a case for failure to comply with a court order: "1) the public interest; 2) the court's need to manage the docket; 3) the risk of prejudice to the defendant; 4) the public policy favoring disposition of cases on their merits; and 5) the availability of less drastic alternatives."  Bautista, 216 F.3d at 841 (citation omitted).

DATED AT HONOLULU, HAWAII, October 6, 2010.



　　　　　　　　　　　　　　　 /S/ Leslie E. Kobayashi
　　　　　　　　　　　　　　Leslie E. Kobayashi
　　　　　　　　　　　　　　United States Magistrate Judge

**MADELIENE HASKINS, ET AL. V. COUNTRYWIDE HOMES LOANS, INC.,ET AL;
CIVIL NO. 09-00401 DAE-LEK; FINDINGS AND RECOMMENDATION THAT CASE
BE DISMISSED WITHOUT PREJUDICE**